UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :   10 Civ. 6528 (DLC)
                                          :
**IN RE: BOSTON GENERATING, LLC, et al.**  :   10 Bankr. 14419
                                          :        (SCC)
                                          :
                                          :   ORDER
------------------------------------------X

DENISE COTE, District Judge:

Algonquin Gas Transmission, LLC ("Algonquin") having filed in this Court a Motion for Withdrawal of Reference ("Withdrawal Motion") with respect to the First Omnibus Motion of Debtors for Entry of Order Authorizing the Debtors to Reject Certain Executory Contracts <u>Nunc Pro Tunc</u> to Their Respective Notice Dates, which was filed as Docket No. 75 in the Chapter 11 bankruptcy proceeding <u>In re: Boston Generating LLC</u>, 10 Bankr. 14419(SCC), it is hereby

ORDERED that the opposition to the Withdrawal Motion is due September 17, 2010. Any reply is due September 24.

IT IS FURTHER ORDERED that at the time any reply is served, the moving party shall supply two courtesy copies of all motion papers by mail or hand delivery to the Honorable Denise Cote, United States Courthouse, 500 Pearl Street, New York, NY 10007.

SO ORDERED:

Dated:   New York, New York
         September 3, 2010

                                    _____
                                         DENISE COTE
                                    United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/10