UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Boston Generating, LLC, et al.

10 Civ. 6528 (DLC)

10 Bankr. 14419 (SCC)

**NOTICE OF APPEARANCE**

        PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf of Debtors-Respondents, Boston Generating, LLC; EBG Holdings LLC; Fore River Development, LLC; Mystic I, LLC; Mystic Development, LLC; BG New England Power Services, Inc.; and BG Boston Services, LLC in the above-captioned action:

>   Adrienne K. Eason Wheatley
>   Latham & Watkins LLP
>   885 Third Avenue
>   New York, New York 10022
>   Telephone: (212) 906-1200
>   Facsimile:   (212) 751-4864

Dated: September 8, 2010
      New York, New York

LATHAM & WATKINS LLP

By:   /s/  Adrienne K. Eason Wheatley
     Adrienne K. Eason Wheatley
     885 Third Avenue, Suite 1000
     New York, New York  10022
     Telephone: (212) 906-1200
     Facsimile: (212) 751-4864

     Proposed Counsel to the Debtors and
     Debtors-in-Possession