Irena M. Goldstein (Bar No. 2415362)
**DEWEY & LEBOEUF LLP**
1301 Avenue of the Americas
New York, New York 10019
Tel: (212) 259-8000
Fax: (212) 259-6333

**Attorney for Algonquin Gas Transmission, LLC**

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Boston Generating, LLC, et al. | 10 Civ. 6528 (DLC)<br><br>10 Bankr. 14419 (SCC) |

## MOTION TO ADMIT PAUL S. JASPER AS COUNSEL PRO HAC VICE

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Irena M. Goldstein, a member in good standing of the bar of this Court, hereby move for an order allowing the admission pro hac vice of:

| | |
|---|---|
| Applicant's Name: | Paul S. Jasper |
| Firm Name: | Dewey & LeBoeuf LLP |
| Address: | One Embarcadero Center, Suite 400 |
| City/State/Zip: | San Francisco, California 94111 |
| Tel: | (415) 951-1100 |
| Fax: | (415) 951-1180 |
| E-mail: | pjasper@dl.com |

Paul S. Jasper is a member in good standing of the bar of the State of California. There are no pending disciplinary proceedings against him in any state or federal court.

*[Signature Page to Follow]*

Dated: September 17, 2010  
      New York, New York

Respectfully submitted

By: _____  
Irena M. Goldstein (Bar No. 2415362)  
**DEWEY & LEBOEUF LLP**  
1301 Avenue of the Americas  
New York, New York 10019  
Tel: (212) 259-8000  
Fax: (212) 259-6333

**Attorney for Algonquin Gas Transmission, LLC**

Irena M. Goldstein (Bar No. 2415362)
**DEWEY & LEBOEUF LLP**
1301 Avenue of the Americas
New York, New York 10019
Tel: (212) 259-8000
Fax: (212) 259-6333

**Attorney for Algonquin Gas Transmission, LLC**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Boston Generating, LLC, et al. | 10 Civ. 6528 (DLC)<br><br>10 Bankr. 14419 (SCC) |

**AFFIDAVIT OF IRENA M. GOLDSTEIN IN SUPPORT OF MOTION TO ADMIT PAUL S. JASPER AS COUNSEL PRO HAC VICE**

State of New York    )
                     )   ss:
County of New York   )

Irena M. Goldstein, being duly sworn, hereby deposes and states as follows:

1. I am a partner at Dewey & LeBoeuf LLP, counsel for Algonquin Gas Transmission, LLC ("**Algonquin**"), a party in interest in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of the motion to admit Paul S. Jasper as counsel pro hac vice to represent Algonquin in this matter.

2. I am a member in good standing of the bar of the State of New York and was admitted to practice law on May 6, 1991. I am also admitted to the bar of the United States District Court for the Southern District of New York and am in good standing with this Court.

3. I have known Paul S. Jasper, an associate at Dewey & LeBoeuf LLP, for approximately 10 months. I have found Paul S. Jasper to be a skilled attorney and a person of

integrity. He is experienced in federal practice and is familiar with the Federal Rules of Procedure.

4. Accordingly, I am pleased to move the admission of Paul S. Jasper, pro hac vice, and respectfully submit a proposed order granting the admission of Paul S. Jasper, pro hac vice, which is attached hereto as **Exhibit A**.

WHEREFORE, I, Irena M. Goldstein, respectfully request that the motion to admit Paul S. Jasper, pro hac vice, in order to represent Algonquin before this Court in the above-captioned action, be granted.

Dated: September 17, 2010
New York, New York

Notarized:

*[signature]*

MARIA HAVELKA
NOTARY PUBLIC, State of New York
No. 01-HA4637976
Qualified in New York County
Commission Expires August 31, 2014

Respectfully submitted,

By: *[signature]*
Irena M. Goldstein (Bar No. 2415362)
**DEWEY & LEBOEUF LLP**
1301 Avenue of the Americas
New York, New York 10019
Tel: (212) 259-8000
Fax: (212) 259-6333

**Attorney for Algonquin Gas Transmission, LLC**

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

Boston Generating, LLC, et al.

10 Civ. 6528 (DLC)

10 Bankr. 14419 (SCC)

## ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

Upon the motion of Irena M. Goldstein, attorney for Algonquin Gas Transmission, LLC ("**Algonquin**"), to admit Paul S. Jasper pro hac vice and said sponsor's affidavit in support of such motion, it is hereby

ORDERED that

| | |
|---|---|
| Applicant's Name: | Paul S. Jasper |
| Firm Name: | Dewey & LeBoeuf LLP |
| Address: | One Embarcadero Center, Suite 400 |
| City/State/Zip: | San Francisco, California 94111 |
| Tel: | (415) 951-1100 |
| Fax: | (415) 951-1180 |
| E-mail: | pjasper@dl.com |

is admitted pro hac vice as counsel for Algonquin in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Paul S. Jasper shall immediately apply for an ECF password at nysd.uscourts.gov and shall forward the pro hac vice fee to the Clerk of the Court.

Dated: _____, 2010
New York, New York

_____
HONORABLE DENISE L. COTE
UNITED STATES DISTRICT JUDGE

FOR OFFICE USE ONLY: FEE PAID $_____        SDNY RECEIPT NO. _____

NYA 631343.1

**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA  94105-1617

TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

September 14, 2010

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, PAUL S. JASPER, #200138 was admitted to the practice of law in this state by the Supreme Court of California on January 6, 1999; that from the date of admission to February 1, 2000, he was an ACTIVE member of the State Bar of California; that on February 1, 2000, he transferred at his request to the INACTIVE status as of January 1, 2000; that from that date to March 8, 2001, he was an INACTIVE member of the State Bar of California; that on March 8, 2001, he transferred at his request to the ACTIVE status; that he has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Sima La Fontaine
Custodian of Membership Records

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) SS.:
COUNTY OF NEW YORK  )

CHRISTINA I. BELANGER, being duly sworn, deposes and says, I am not a party to the action, am over 18 years of age, and am employed by the law firm of Dewey & LeBoeuf LLP.

On the 17th day of September, 2010, I served the foregoing MOTION TO ADMIT PAUL S. JASPER AS COUNSEL PRO HAC VICE, by First Class Mail to the attorney listed below at their address designated for service of papers:

LATHAM & WATKINS, LLP
885 Third Avenue, Suite 1000
New York, New York 10022
Attn: Adrienne Kimberly Eason Wheatley

*[signature]*
CHRISTINA I. BELANGER
Lic. No. 0981380

Sworn to before me this
17th day of September, 2010

*[signature]*
NOTARY PUBLIC

EVAN LANE
NOTARY PUBLIC, State of New York
No. 01LA6217966
Qualified in Kings County
Certificate Filed in New York County
Commission Expires Feb. 22, 2014