Irena M. Goldstein (Bar No. 2415362)
**DEWEY & LEBOEUF LLP**
1301 Avenue of the Americas
New York, New York 10019
Tel: (212) 259-8000
Fax: (212) 259-6333

**Attorney for Algonquin Gas Transmission, LLC**

#7

(JAB 9/20/10)
**SCANNED**



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

Boston Generating, LLC, et al.

10 Civ. 6528 (DLC)

10 Bankr. 14419 (SCC)

## MOTION TO ADMIT BENNETT G. YOUNG AS COUNSEL PRO HAC VICE

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Irena M. Goldstein, a member in good standing of the bar of this Court, hereby move for an order allowing the admission pro hac vice of:

| | |
|---|---|
| Applicant's Name: | Bennett G. Young |
| Firm Name: | Dewey & LeBoeuf LLP |
| Address: | One Embarcadero Center, Suite 400 |
| City/State/Zip: | San Francisco, California 94111 |
| Tel: | (415) 951-1100 |
| Fax: | (415) 951-1180 |
| E-mail: | byoung@dl.com |

Bennett G. Young is a member in good standing of the bar of the State of California. There are no pending disciplinary proceedings against him in any state or federal court.

*[Signature Page to Follow]*

Granted.
[signature]
10/4/10

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/4/10

```
```
Dated: September 17, 2010  
       New York, New York

Respectfully submitted

By: _____  
Irena M. Goldstein (Bar No. 2415362)  
**DEWEY & LEBOEUF LLP**  
1301 Avenue of the Americas  
New York, New York 10019  
Tel: (212) 259-8000  
Fax: (212) 259-6333

**Attorney for Algonquin Gas Transmission, LLC**